WILLIAM G. SANDS, Receiver, etc., Respondent, v. EDWARD
C. GRAVES, impleaded, etc., Appellant.

(Argued May 10, 1871; decided September term, 1871.)

ACTION upon a premium note given to the Ætna Insurance
Company of Utica, a mutual insurance company, organized
under the general law passed April 10, 1849.

Judgment reversed upon the ground that the assessment
was for more than the proportion of the losses and expenses with
which defendant's note was properly chargeable.

*Wm. Porter* for the appellant.

*H. R. Mygatt* for the respondent.

EARL, C., reads for reversal.
All concur, except GRAY, C., not voting.
Judgment reversed and new trial granted, costs to abide
event.